AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00620 |
| Darrell Neely | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 9/30/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Darrell Neely__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641 - Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __09/30/2021__                                               2021.09.30 11:57:12 -04'00'
                                                                  _____
                                                                  *Issuing officer's signature*

City and state: __Washington, D.C.__                    __Robin M. Meriweather, U.S. Magistrate Judge__
                                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* __9/30/2021__, and the person was arrested on *(date)* __10/18/2021__
at *(city and state)* __Washington, DC__.

Date: __10/18/21__                                              _____
                                                                  *Arresting officer's signature*

                                                                  __Jim Morgan, SA, FBI__
                                                                  *Printed name and title*