UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARRELL F. NEELY,<br><br>Defendant. | Criminal Action No. 21-642 (JDB) |

## ORDER

Defendant Darrell F. Neely is charged by information with five misdemeanors related to his conduct at the U.S. Capitol on January 6, 2021. On November 12, 2021, the Pretrial Services Agency for the District of Columbia ("Pretrial Services") advised the Court in a written submission that Mr. Neely has an outstanding warrant for his arrest in relation to a criminal charge in Prince George's County, Maryland. See Pretrial Violation Report, Nov. 12, 2021 [ECF No. 12], at 2. At the hearing in this matter on the same date, Ms. Christine Schuck, appearing on behalf of Pretrial Services, further represented that an additional, independent criminal charge against Mr. Neely was pending in Prince George's County; that that matter had been set for trial to begin on the present date; and that, as evidenced by his telephonic presence at this Court's hearing, he had failed to appear for that trial; and that the Maryland court was likely to issue a bench warrant for Mr. Neely's arrest. Ms. Schuck requested that the Court order Mr. Neely to report immediately to the Prince George's County detention center in order to resolve both warrants.

The Court considers these outstanding warrants to be very serious matters, and the Court agrees with Pretrial Services that they must be resolved promptly. To further indicate how

1

seriously the Court takes this situation—and how seriously Mr. Neely should as well—the Court hereby

**ORDERS** defendant Darrell Neely promptly to take all steps required to resolve any and all outstanding warrants for his arrest, including, if necessary, by reporting to the Prince George's County detention center.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: November 12, 2021