UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-cr-642 (JDB) |
| v. | : | |
| | : | |
| DARRELL NEELY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Joseph McFarlane is entering his appearance in the above-captioned matter as counsel for the United States.

                                                  Respectfully submitted,

DATED: April 13, 2022                      MATTHEW M. GRAVES
                                                                     United States Attorney
                                                                     D.C. Bar No. 481052

                                          By:    */s/ Joseph S. McFarlane*
                                                              JOSEPH S. McFARLANE
                                                              PA Bar No. 311698
                                                              Trial Attorney, Detailee
                                                              1400 New York Ave. NW
                                                              Washington, DC 20005
                                                              (202) 368-6049
                                                             Joseph.mcfarlane@usdoj.gov