IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-642(JDB) |
| | ) | |
| | ) | |
| DARRELL NEELY | | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as court appointed counsel for Mr. Darrell Neely in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By:   /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 21st day of June, 2022 a copy of same was delivered to the parties of record, by ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West