IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v.    ) | CRIMINAL NO. 21-CR-642 (JDB) |
| ) | |
| ) | |
| DARRELL NEELY.   ) | |

### NOTICE OF FILING

The Defendant, DARREL NEELY, by and through his counsel, Kira Anne West, hereby files this notice of filing of exhibit 1 to the motion to suppress, ECF No. 27. Undersigned counsel failed to attach it when it was originally filed.

Respectfully submitted,

KIRA ANNE WEST

By:   _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 8th day of August, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West