UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-642 (JDB)** |
| v. | : | |
| | : | |
| **DARRELL NEELY,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RETAIN ROUGH NOTES AND EMAILS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Defendant Darrell Neely's Motion To Retain Rough Notes and Emails (the "Motion") (ECF No. 32).

The Motion, in essence, seeks a Court order imposing on the Government its obligations under *Brady* and the Jencks Act. Such an order is unnecessary, as these obligations are imposed on the Government via the Constitution and Acts of Congress. A court order would be superfluous. Notably, the Government's practice already is to retain notes from witness interviews. Indeed, the Government produced such notes in discovery. Accordingly, the Motion should be denied.

### CONCLUSION

The Motion should be denied.

Respectfully submitted,

MATTHEW M. GRAVES

United States Attorney
D.C. Bar No. 481052

By:

/s/ *Joseph McFarlane*
PA Bar No. 311698
United States Department of Justice
1400 New York Ave NW
Washington, D.C. 20005
Desk: (202) 514-6220
Mobile: (202) 368-6049
joseph.mcfarlane@usdoj.gov

/s/ *Andrew J. Tessman*
ANDREW J. TESSMAN
Assistant United States Attorney
District of Columbia – Detailee
West Virginia Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the Government's Response was served on all counsel of record via the Court's electronic filing service.

                                        /s/ Joseph McFarlane
                                        JOSEPH MCFARLANE
                                        Trial Attorney

Date: August 21, 2022