UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-642 (JDB) |
| | : | |
| **DARRELL NEELY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Andrew Tessman, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   /s/ Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney
District of Columbia – Detailee
WV Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov