UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-CR-642(JDB) |
| ) | |
| DARRELL NEELY ) | |

UNOPPOSED MOTION FOR EXTENSION TO FILE REPLIES TO
GOVERNMENT RESPONSES AND SUPPLEMENT THE MOTION TO
SUPPRESS

NOW COMES the defendant, Darrell Neely, by and through counsel, Kira Anne West and moves this Honorable Court to grant defendant's unopposed motion for extension of time to file replies and supplement the motion to suppress and states the following in support:

1. Undersigned counsel has tried unsuccessfully to reach her client in the last week to discuss the government responses to motions and the motion to suppress.

2. As the Court can imagine, undersigned counsel, like many on the CJA Panel, is defending multiple J6 cases. Besides that, undersigned counsel is filing a brief in the D.C. Circuit today and is set for oral argument in another case before the Circuit on October 4, 2022.

3. Undersigned counsel conferred with AUSA McFarlane who does not oppose a 10 day extension.

1

WHEREFORE, the defendant requests that this Court issue an order granting the extension until September 8, 2022.

Respectfully Submitted,

\_\_\_\_/s/_____
Kira Anne West
DC Bar No. 993523
712 H. Street N.E., Unit 509
Washington, D.C. 20002
(202)-236-2042
kiraannewest@gmail.com
Attorney for Mr. Neely

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 29th day of August, 2022.

\_\_\_\_/s/_____
Kira Anne West
Attorney for Mr. Neely