## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-642(JDB) |
| | ) | |
| | ) | |
| DARRELL NEELY | ) | |

### DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION FOR IMMEDIATE HEARING AND MOTION TO REVOKE BOND

Mr. Darrell Neely, through his attorney, Kira Anne West, respectfully files this response to the Government's motion for immediate hearing and motion to revoke bond and states the following in opposition:

The Government correctly indicates in the motion, ECF #54, that Mr. Neely has been difficult to contact, but is incorrect when it states that he has the intention to flee the jurisdiction. He does not. Mr. Neely is simply trying to safely secure housing for two elderly family members in an area less expensive than the DMV area. This is no reason to revoke bond. Undersigned counsel is available for a hearing anytime except September 8, 2022, wherein undersigned counsel is before Judge Hogan all day in a pretrial motions hearing.

The government further states that it has a witness who has reported to the Government that Mr. Neely intends to flee. Mr. Neely questions the reliability and

1

credibility of this alleged witness and would ask the Court to order the Government to divulge the identity of this witness, if not to the defense, at least to the Court *in camera*.

Finally, the Government asks this Court to vacate the trial date. Undersigned counsel opposes the request to vacate the trial date as she has been preparing for trial and can be prepared for trial on October 5, 2022.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Neely

### CERTIFICATE OF SERVICE

I hereby certify on the 6th day of September, 2022, a copy of same was delivered to the parties of record, by ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____

Kira Anne West