UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARRELL F. NEELY,<br><br>Defendant. | Criminal Action No. 21-642 (JDB) |

# ORDER

Defendant Darrell Neely is charged with five counts related to his activities on January 6, 2021, see generally Information [ECF No. 9], and his trial is scheduled to begin on October 5, 2022. He is currently on pretrial release subject to certain conditions. See generally Order for Release [ECF No. 6]; Order Setting Conditions of Release [ECF No. 8]. On August 29, 2022, the Pretrial Services Agency (PSA) filed a pretrial violation notice informing the court that Neely "has failed to report to PSA for the last three weeks and is considered a loss of contact," and recommending that Neely be removed from the pretrial release program. Pretrial Violation Report [ECF No. 46] at 2. On September 2, the government filed a motion to revoke pretrial release and requested a hearing to "address this revocation and consider whether to vacate the trial date of October 5, 2022." Mot. to Revoke Def.'s Pretrial Release and Req. for Immediate Hr'g [ECF No. 54] ("Mot. to Revoke") at 1. The motion argued that Neely was in violation of pretrial conditions and poses a risk of flight. Id. at 1–3. Neely's counsel filed a response on September 6, 2022, part of which is under seal, conceding that it has been difficult to contact Neely, but arguing that Neely has no intention to flee and that the trial date should not be vacated. See Resp. to Mot. to Revoke [ECF No. 55] at 1–2.

Upon consideration of [46] the pretrial violation report, [54] the government's motion to revoke pretrial release, [55] Neely's response, and the entire record herein, it is hereby

**ORDERED** that [54] the government's motion to revoke pretrial release is **GRANTED**; it is further

**ORDERED** that [6] the order granting Neely's pretrial release is hereby revoked and Neely is removed from pretrial supervision; and it is further

**ORDERED** that a hearing to discuss the status of this case, including the revocation of release and the current trial date, is scheduled for September 13, 2022 at 11:00 a.m. in person in Courtroom 30.  The Court expects defendant to appear in person at the September 13 hearing.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: September 6, 2022