IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 21-CR-642 (JDB) |
| ) | |
| ) | |
| DARRELL NEELY.      ) | |

**NOTICE OF FILING**

The Defendant, DARREL NEELY, by and through his counsel, Kira Anne West, hereby files this notice to the Court that replies to Government responses will not be filed by the defendant today as undersigned counsel has not had the opportunity to meet with Mr. Neely.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 8th day of September, 2022 a copy of same was filed on ECF under seal and ex parte pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West