UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-642(JDB) |
| | ) | |
| DARRELL NEELY | ) | |

UNOPPOSED MOTION FOR CHANGE IN TIME FOR HEARING FEBRUARY 9, 2023

NOW COMES the defendant, Darrell Neely, by and through counsel, Kira Anne West and moves this Honorable Court to grant defendant's unopposed motion to change the time of the status hearing scheduled for February 9, 2023 and states the following in support:

1. This case is set for trial before this Honorable Court on May 22, 2023.

2. This Court set an in person status hearing for this case on December 8, 2022. *See* minute order. Since that time, undersigned counsel has made non-refundable plane reservations for February 9, 2023, and must be at Dulles airport by 4:45 pm. Undersigned counsel is afraid she will be cutting it close if the hearing remains at 3 pm and therefore asks the Court if the hearing can take place earlier in the day. Undersigned counsel hopes this request does not inconvenience the Court in any way.

3. Undersigned counsel conferred with AUSA McFarlane who does not oppose the request in this motion.

WHEREFORE, the defendant requests that this Court reset the hearing for an earlier time during the day on February 9, 2023.

Respectfully Submitted,

\_\_\_\_\_/s/_____
Kira Anne West
DC Bar No. 993523
712 H. Street N.E., Unit 509
Washington, D.C.  20002
(202)-236-2042
kiraannewest@gmail.com
Attorney for Mr. Neely

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 1st day of February, 2023.

\_\_\_\_\_/s/_____
Kira Anne West
Attorney for Mr. Neely

2