UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRELL NEELY,<br>    Defendant. | Criminal Action No. 21-642 (JDB) |

### ORDER

Upon consideration of defendant Darrell Neely's [27] motion to suppress, [28] and [65] motions to transfer venue, [29] motion to compel access, [30] motion to dismiss Counts Two & Three, [31] motion to dismiss case, and [32] motion to retain rough notes, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [27] the motion to suppress is **DENIED**; it is further

**ORDERED** that [28] and [65] the motions to transfer venue are **DENIED**; it is further

**ORDERED** that [29] the motion to compel access is **DENIED**; it is further

**ORDERED** that [30] the motion to dismiss Counts Two & Three is **DENIED**; it is further

**ORDERED** that [31] the motion to dismiss the case is **DENIED**; it is further

**ORDERED** that [32] the motion to retain rough notes is **DENIED** as moot; and it is further

**ORDERED** that the parties shall confer and inform the Court at the February 9, 2023 status conference if any of the issues raised by the motions in limine are no longer relevant and which motions still require judicial action.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 6, 2023