# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-cr-642 (JDB)** |
| v. | : | |
| | : | |
| **DARRELL NEELY,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Joseph McFarlane, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: February 10, 2023 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | */s/ Joseph S. McFarlane*<br>JOSEPH S. McFARLANE<br>PA Bar No. 311698<br>Trial Attorney, Detailee<br>1400 New York Ave. NW<br>Washington, DC 20005<br>(202) 368-6049<br>Joseph.mcfarlane@usdoj.gov |