IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 21-CR-642 (JDB) |
| ) | |
| ) | |
| DARRELL NEELY.   ) | |

**NOTICE OF FILING**

The Defendant, DARREL NEELY, by and through his counsel, Kira Anne West, hereby files this notice of filing of exhibits 1 and 2 to the response to the government's motion in limine regarding woman in the pink beret, ECF No. 72. Undersigned counsel failed to attach it when it was originally filed on February 27, 2023, and regrets the error.

                                          Respectfully submitted,

                                          KIRA ANNE WEST

By:        /s/
            Kira Anne West
            DC Bar No. 993523
            712 H Street N.E., Unit 509
            Washington, D.C. 20002
            Phone: 202-236-2042
            kiraannewest@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify on the 28th day of February, 2023 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

                                                  /S/
                                     Kira Anne West