**Nicole Cubbage**
The Law Office of Nicole Cubbage
712 H St. NE,
Unit# 570
Washington, DC 20002
703-209-4546
Cubbagelaw@gmail.com

The information contained in this e-mail is attorney privileged and confidential information intended for the use of the individual named herein. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify me immediately by telephone. Thank you.

Begin forwarded message:

> **From:** Kira West
> **Date:** August 16, 2022 at 6:08:03 PM EDT
> **To:** "McFarlane, Joseph (CRM)"
> **Cc:** Nicole cubbage                    , "Tessman, Andrew (USADC)"
>
> **Subject: Re: U.S. v. Neely**
>
> Joe,
> I screwed that up. I meant SHE led HIM into the Capitol-but you probably figured that.
> It's clear. Thanks, kira
>
>> On Aug 16, 2022, at 5:13 PM, Kira West <                    > wrote:
>>
>> Hi Joe,
>> Thanks for this response. I probably wasn't clear, but if the girl in the beret is a police officer, that's Brady information because he led her into the Capitol.

Why can't we have a list of known reporters/newspaper folks?
I know that's a long discovery letter, I appreciate your continued cooperation.
Kira
Kira Anne West

,

The information contained in this e-mail is attorney privileged and confidential information intended for the use of the individual named herein. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify me immediately by telephone. Thank you.

> On Aug 12, 2022, at 4:09 PM, McFarlane, Joseph (CRM) <joseph.mcfarlane@ v> wrote:

Kira,

I am writing in response to your various requests made in the past week. I believe this email addresses them all, but please let us know if we missed anything.

1. We have produced the AT&T records. The FBI did not create a map based on these records, and there is no Geofence map for this case either.
2. With respect to the girl in the beret, we decline to provide information about ongoing investigations.
3. With respect to the officers from the Crypt, we are looking into identifying them.
4. We decline to provide information regarding members of the news media who have not been charged.
5. We received your discovery letter. We do not agree with all of the legal and factual assertions therein. We will continue to comply with our discovery obligations in this matter. To the extent that you have specific discovery requests, we will continue to respond to them.

Have a nice weekend.

Best,
Joe

Joseph S. McFarlane
Trial Attorney