**From:** Nicole Cubbage
**Sent:** Tuesday, February 14, 2023 6:00 PM
**To:** Andrew Tessman; Joseph McFarlane; Kira West
**Subject:** Pink Beret Girl

Any chance this is PBG?
Please let us know. Linking article here too. https://www.politico.com/amp/news/2023/02/14/girlfriend-proud-boys-pleads-fifth-00082707


cb
Crunchbase





***Nicole Cubbage***
The Law Office of Nicole Cubbage



The information contained in this e-mail is attorney privileged and confidential information intended for the use of the individual named herein. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify me immediately by telephone. Thank you.