UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-642 (JDB) |
| | : | |
| **DARRELL NEELY,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Andrew J. Tessman, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

BY:    */s/ Andrew J. Tessman*
        ANDREW J. TESSMAN
        Assistant United States Attorney
        District of Columbia – Detailee
        WV Bar No. 13734
        300 Virginia Street
        Charleston, WV 25301
        (304) 345-2200
        Andrew.Tessman@usdoj.gov