# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-CR-642 |
| v. : | |
| : | |
| DARRELL NEELY : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Michael L. Barclay is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:   March 8, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Michael L. Barclay
Michael L. Barclay
Assistant United States Attorney
Member of NY Bar
United States Attorney's Office
District of Columbia
202-252-7669
Michael.Barclay@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 8th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Michael L. Barclay
MICHAEL L. BARCLAY
Assistant United States Attorney