# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 1:21-cr-00642-JDB-1 |
| v. | : | |
| | : | |
| **DARRELL NEELY,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Kyle R. Mirabelli is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 18, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Kyle R. Mirabelli*
KYLE R. MIRABELLI
N.Y. Bar No. 5663166
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20001
(202) 252-7884
kyle.mirabelli@usdoj.gov