UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff                               CRIMINAL NO. 21-CR-642(JDB)

**DARRELL NEELY**

        Defendant

**TRIAL EXHIBITS FOR THE DEFENDANT**[1]

| Exhibit No. | Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| | **001 Series – Trump Speech at Ellipse** | | | |
| 1 | **Trump C-Span Speech Recording at Ellipse on January 6, 2021 full version** | | | |
| 2 | **Trump C-Span Speech Recording at Ellipse on January 6, 2021 Clipped version** | | | |
| | -intentionally blank- | | | |
| | **100 Series– General Reference Exhibits** | | | |
| 100 | **Capitol Map West Front** | | | |
| 101a-f | **USCP Demonstration Endorsement Sheets** | | | |
| 102 | **USCP Timeline** | | | |

---

[1] Defendant reserves the right to add to this exhibit list as trial approaches. Also, the government has filed additional discovery on USAFX while counsel for Mr. Neely has been in trial in another J6 case.

| 103 | USCP CDU Opps Plan from Jan 3-Jan 9, 2021 | | | |
|---|---|---|---|---|
| 103 a-d | Screenshots from CDU Opps Plan | | | |
| 104 | USCP After Action Reporting Comment Forms USCP-003-00000037 | | | |
| 104 a-q | Screenshots from USCP After Action Reporting (ex. 104) | | | |
| 105 | Red outlined map of initial USCP Restricted area | | | |
| 106 | Photo of patch badge and name tag of Officer Watts | | | |
| | -intentionally blank- | | | |
| | **200 Series**– Body Worn Camera | | | |
| 200 | Body worn camera of Officer Akhtar MPD | | | |
| 200 a-e | Screenshots of Ex. 200 | | | |
| 201 | BWC of MPD of Officer Cooper | | | |
| 202 | BWC of Officer Nattichione | | | |
| 203 | BWC of Officer Rutherford | | | |
| 204 | BWC of Officer Spicer | | | |
| 205 | BWC of Officer Peake | | | |
| | -intentionally blank- | | | |
| | **300 Series** – Specific time events | | | |
| 300a-d | Screenshots at Senate Wing Door | | | |
| 301a-c | Screenshot of Guy who steals stuff | | | |
| 302 | Neely Returns backpack clipped version of CCTV | | | |
| 302a-c | Screenshots of CCTV USCH 01 Crypt South | | | |
| 303a-g | Screenshots of CCTV in Capital Visitors Center | | | |
| 304 a-c | Screenshot of Neely exiting | | | |
| 305 | Screenshot of Trash around capitol | | | |
| 306 a-d | Screenshots of Neely in Crypt around 3pm and after | | | |
| 307 | video Donald_Trump_Protest_Wash | | | |
| 307a-e | Screenshots from Donald Trump Protest Wash | | | |
| | -intentionally blank- | | | |
| | **400 Series** – CCTV and Open Source Exterior | | | |

| | | | | |
|---|---|---|---|---|
| 400 | ex. 400 -0600 E USCG 00 NW Drive Exit TIMP-2021-01-06_13h47min21s000ms | | | |
| 401 | ex. 401 - 0600 E USCG 00 NW Drive Exit TIMP-2021-01-06_14h00min14s000ms | | | |
| 402 | ex. 402 - 0600 E USCG 00 NW Drive Exit TIMP-2021-01-06_14h13min37s000ms | | | |
| 402a | Ex. 402a at 2.13pm cam 600 | | | |
| 403 | ex. 403 - 3187 E QNW 00 Peace Circle NW-2021-01-06_12h40min00s000ms | | | |
| | Ex. 403a at 12.57 cam 3187 | | | |
| 404 | ex. 404 - 3187 E QNW 00 Peace Circle NW-2021-01-06_13h40min02s000ms | | | |
| 405 | ex. 405 - 3187 E QNW 00 Peace Circle NW-2021-01-06_14h00min02s000ms | | | |
| 406 | ex. 406 - 3187 E QNW 00 Peace Circle NW-2021-01-06_13h20min02s000ms | | | |
| 407 | ex. 407 - 0514 E USCS RF Capitol West Front-2021-01-06_12h55min00s000ms | | | |
| 407a | Ex. 407a at 12.57 cam 0514 | | | |
| 408 | ex. 408 - 0514 E USCS RF Capitol West Front-2021-01-06_13h54min28s000ms | | | |
| 409 | ex. 409 - 0683 E USCG 00 West Front South-2021-01-06_13h54min50s000ms | | | |
| 410 | ex. 410 - 0944 E USCS RF West Roof-2021-01-06_12h54min00s000ms | | | |
| 410a | Ex. 410a at 12.54 cam 0944 | | | |
| 410b | Ex. 410b at 12.56 cam 0944 | | | |
| 410c | Ex. 410c at 12.59 cam 0944 | | | |
| 411 | Camera 0908 at 2:40pm | | | |
| 411a | Screenshot of 0908 at 2:40pm | | | |
| 412 | montage of exterior West Side | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | **Intentionally blank** | | | |
| | **500 series Rolling Time Stamp CCTV** | | | |
| 501 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h24min00s000ms | | | |
| 502 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h48min00s000ms | | | |
| 503 | 0104 I USCS 01 Supreme Ct Chamber Stairs-2021-01-06_14h29min00s000ms | | | |
| 504 | 0171 I USCH 01 Memorial Door-2021-01-06_14h46min00s000ms | | | |
| 505 | 0171 I USCH 01 Memorial Door-2021-01-06_15h33min00s000ms | | | |
| 506 | 0178 I USCH 01 Crypt East-2021-01-06_14h35min00s000ms | | | |
| 507 | 0178 I USCH 01 Crypt East-2021-01-06_15h19min00s000ms | | | |
| 508 | 0178 I USCH 01 Crypt East-2021-01-06_15h25min00s000ms | | | |
| 509 | 0179 I USCH 01 Memorial Door Interior-2021-01-06_15h33min00s000ms | | | |
| 510 | 0180 E USCH 01 Memorial Door Exterior-2021-01-06_15h34min00s000ms | | | |
| 511 | 0402 I USCH 01 Crypt North-2021-01-06_14h35min00s000ms | | | |
| 512 | 0402 I USCH 01 Crypt North-2021-01-06_14h38min00s000ms | | | |
| 513 | 0402 I USCH 01 Crypt North-2021-01-06_14h47min00s000ms | | | |
| 514 | 0402 I USCH 01 Crypt North-2021-01-06_15h02min00s000ms | | | |

| | | | | |
|---|---|---|---|---|
| 515 | 0402 I USCH 01 Crypt North-2021-01-06_15h17min00s000ms | | | |
| 516 | 0402 I USCH 01 Crypt North-2021-01-06_15h18min00s000ms | | | |
| 517 | 0403 I USCH 01 Crypt South-2021-01-06_14h35min00s000ms | | | |
| 518 | 0403 I USCH 01 Crypt South-2021-01-06_14h47min00s000ms | | | |
| 519 | 0403 I USCH 01 Crypt South-2021-01-06_15h08min00s000ms | | | |
| 520 | 0403 I USCH 01 Crypt South-2021-01-06_15h26min00s000ms | | | |
| 521 | 0403 I USCH 01 Crypt South-2021-01-06_15h32min00s000ms | | | |
| 522 | 0924 E USCG 00 ST22 Exterior-2021-01-06_14h18min00s000ms | | | |
| 523 | 0925 E USCG 00 Upper Terrace West-2021-01-06_14h19min00s000ms | | | |
| 524 | 0944 E USCS RF West Roof-2021-01-06_13h30min00s000ms | | | |
| 525 | 7164 I CVC UL Upper Orient Lobby South-2021-01-06_14h42min00s000ms | | | |
| 526 | 7167 I CVC UL Orientation Lobby to Crypt-2021-01-06_14h39min00s000ms | | | |
| 527 | 7206 I CVC UL Central Hall East F-2021-01-06_14h34min00s000ms | | | |
| 528 | 7206 I CVC UL Central Hall East F-2021-01-06_14h45min00s000ms | | | |
| 529 | Senate Fire Door CCTV at 2:46pm | | | |
| | | | | |
| | **600 Series Neely Phone Extract** | | | |
| 600 | Angels and Outlaw screenshot | | | |

| | | | | |
|---|---|---|---|---|
| 601 | Screenshot from Phone video | | | |
| 602 | Screenshot from Neely online | | | |
| 603 | Screenshot Neely online show | | | |
| 604 | Screenshot Neely online show | | | |
| 605 | From Neely Phone RIP Republican party | | | |
| 606 | Neely as Odin on TIME | | | |
| 607 | Murial Bowser Letter on Neely Phone | | | |
| 608 | Neely Video 608 videos_205600891290786 | | | |
| 609 | Neely Video 609 videos_205761307941411 | | | |
| | | | | |
| | **700 Series Open Source Video** | | | |
| 700 | Neely in CVC video 3518574112313781469 | | | |
| 701 | Neely in CVC video-5189814951496755748 | | | |
| 702 | Neely in CVC video 6399618309914053184 | | | |
| 703 | Neely leaves CVC video 7462191114254913211 | | | |
| 704 | AYijYnzI0Gbr video | | | |
| 705 | Breaching the West Capitol Barricades at 12.53pm | | | |
| 706 | Ex. 2 Trump Sign from elevated view open source | | | |
| 707 | Ex. 3 Trump sign from eye level view | | | |
| 708 | Ex. 4 Neely on lower west terrace holding phone | | | |
| 709 | 800 Trump Sign lower west terrace | | | |
| 710 | Ex. 5 Neely with hat outside LWT | | | |
| 711 | Extended Footage Charts Rioters Breaking Into Capitol And Battling Police | | | |
| 712 | Screen shot from open source Neely and PBG on ramp UWT | | | |
| 713 | Screenshot from Neely live cast J6 | | | |
| 714 | screenshot of cop yelling and holding spray gun towards crowd | | | |
| 715 | New Yorker - A Reporter's Footage from Inside the Capitol Siege New Yorker Video.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| **715 a-d** | **Screenshots from Ex. 715** | | | |
| | | | | |
| | | | | |
| | | | | |
| | **800 Series Trump Sign on Lower West Terrace** | | | |
| 800 | **Screenshot of Can 0944 USCS RF West Roof Camera at 1:39pm** | | | |
| 801 | **Screenshot of Trump Sign** | | | |
| 802 | **Screenshot of Sign** | | | |
| 803 | **Screenshot of Neely from open source document** | | | |
| 804 | **Screenshot of Neely from Open Source doc** | | | |
| 805 | **Screenshot of Neely from Open Source doc** | | | |
| 806 | **Screenshot of Neely from Open Source doc** | | | |
| 807 | **Screenshot of Neely from Open Source doc** | | | |
| 808 | **Screenshot of Neely from Open source doc** | | | |
| 809 | **Screenshot of Neely from Open Source doc** | | | |
| 810 | **Screenshot of Neely from Open Source doc** | | | |
| 811 | **Video open source https/web.archive.org/web/submit?url-https/video.parler.com/3F/XN/3FXNEGV6mTr.mp4** | | | |
| | | | | |
| | | | | |
| | **900 Pink Beret Girl** | | | |
| 900 | **2.18 PBG and Neely on Stairs** | | | |
| 901 | **2.19 PBG and Neely on Stairs 2** | | | |
| 902 | **2.24 PBG and Neely enter SWD** | | | |
| 903 | **2.24.59 PBG stops to take pics at SWD** | | | |
| 904 | **2.25.21 PBG and Neely walk towards hallway** | | | |
| 905 | **2.29pm leading Nelly through the Capitol PBG** | | | |
| 906 | **2.39 pm PBG and Neely arrive in CVC** | | | |
| 907 | **2.40pm PBG ditches Neely and takes off hat and hides on escalator** | | | |

| | | | | |
|---|---|---|---|---|
| 908 | 2.45pm Neely looks around for her had finally leaves | | | |
| 909 | 2.48 PBG enters Capitol again Senate Fire Door | | | |
| 910 | 2.48pm PBG USCS 01 Senate Fire Door new S132 | | | |
| 911 | 202 -0689 I USCS 01 Senate Fire Door near S132- 2021-01-06_14h40min00s000ms | | | |
| 912 | PBG in hallway near CVC IMG_5118 | | | |
| 913 | pbg website info sheet | | | |
| 914 | PBG directing people to door | | | |
| 915 | Screenshot of PBG at first breach on West Side of Capitol at walkway | | | |
| 916 | Screenshot close up of PBG at breaches | | | |
| 917 | Screenshot PBG at Senate Fire Door | | | |
| 918 | Screenshot of PBG at Senate Fire Door from Parler Video | | | |
| 919 | Parler Video  01-06-2021 – OcH041mVxWii - showing PBG at Senate Fire Door | | | |
| 920 | Screenshot from "I was in the Capitol" photos and video from the front lines Washington D.C.  @3.17 mark | | | |
| 921 | Screenshot from "I was in the Capitol" photos and video from the front lines Washington D.C.  @4.34 mark | | | |
| 922 | Screenshot from "I was in the Capitol" photos and video from the front lines Washington D.C.  @4.36 mark | | | |
| 923 | Open Source video "I was in the Capitol" photos and video from the front lines Washington DC | | | |
| 924 | Screenshot from Patriots Advance on Capitol! Trump Rally January 6 | | | |

| | | | | |
|---|---|---|---|---|
| 925 | **Open Source Video Patriots Advance on Capitol!** | | | |
| 926 | **Screenshot from CCTV of PBG throwing trash away with visible stolen backpack** | | | |
| 927 a-c | **Screenshots of PBG stealing officer things from floor near CVC** | | | |
| 928 | **Screenshot of PBG at initial breach on West side** | | | |
| 929 | **Screenshot of PBG late at night on Capitol Grounds** | | | |
| 930 | **Screenshot of PBG at media smash** | | | |
| 931 | **Video of PBG at media smash** | | | |
| 932 | **Screenshot of PBG on West Side of Capitol running on lawn alone** | | | |
| 933 | **Screenshot of PBG standing by Scaffolding on West Side of Capitol** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |