UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA\

vs.

DARRELL NEELY            CASE NO.   21-642 (JDB)

DEFENDANT

## Attorney's Acknowledgments Concerning Trial Exhibits

Counsel for the plaintiff and the defendant acknowledge that they have jointly reviewed, and redacted (if necessary), the exhibits that were admitted into evidence with the courtroom deputy and have agreed that they are the exhibits which will be submitted to the judge for deliberations.

Counsel for Plaintiff: _____

Date: May 25, 2023

Counsel for Defendant: _____

Date: May 25, 2023