Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

DARRELL NEELY

Civil/Criminal No. 21-cr-642 (JDB)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| Category: 000 | Capitol Maps and Diagrams | | | | |
| 001 | 3D Model of Capitol | ✓ | ✓ | McLyde | |
| 002 | Area Closed Sign 1 | ✓ | ✓ | | |
| 003 | Area Closed Sign 2 | ✓ | ✓ | | |
| 004 | Capitol photo w signs | ✓ | ✓ | | |
| 005 | Capitol Police sign itself | ✓ | ✓ | | |
| 006 | Interior floor plan of Capitol | | | | |
| 007 | Restricted Perimeter | ✓ | ✓ | McLyde | |
| 008 | US Capitol Floor Plan -- Basement | | | | |
| 009 | US Capitol Floor Plan -- Floor 1 | ✓ | ✓ | McLyde | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 010 | USCapitol_NW_WestPlaza_02 | ✓ | ✓ | McGraw | |
| 011 | USCapitol_NW_WestPlaza_04 | | | | |
| 012 | USCapitol_NW_WestPlaza_08 | | | | |
| 013 | USCapitol_NW_WestPlaza_09 | | | | |
| 014 | USCapitol_NW_WestPlaza_10 | | | | |
| 015 | USCapitol_NW_WestPlaza_11 | ✓ | ✓ | McGraw | |
| Category: 100 | Video Montages | | | | |
| 101 | Official Proceeding Montage Final | | ✓ | | |
| 102 | USCP compilation (entire) | ✓ | ✓ | McGraw | |
| 103 | West Front Time Lapse | ✓ | ✓ | McGraw | |
| 104 | Video Montage of CCTV of Neely Inside the Capitol, compiled from Government 200 Series Exhibits | ✓ | ✓ | McGraw | |
| 105 | Side-by-side of Government Exhibit 228 and 302 | ✓ | ✓ | " | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 106 | Side-by-side Government Exhibit 228 and HOLD THE LINE THE STORM ARRIVED PT. 2 - clip | ✓ | ✓ | | |
| 107 | Side-by-side Government Exhibit 228 and youtube_0zyjCvDN4lg clip 2.mp4 (437) | ✓ | ✓ | | |
| | RESERVED | | | | |
| Category: 200 | U.S. Capitol Surveillance Footage | | | | |
| 201 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h24min00s000ms | ✓ | ✓ | | |
| 202 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h48min00s000ms | ✓ | ✓ | McCown | |
| 203 | 0104 I USCS 01 Supreme Ct Chamber Stairs-2021-01-06_14h29min00s000ms | ✓ | ✓ | | |
| 204 | 0171 I USCH 01 Memorial Door-2021-01-06_14h46min00s000ms | ✓ | ✓ | | |
| 205 | 0171 I USCH 01 Memorial Door-2021-01-06_15h33min00s000ms | ✓ | ✓ | | |
| 206 | 0178 I USCH 01 Crypt East-2021-01-06_14h35min00s000ms | ✓ | ✓ | | |
| 207 | 0178 I USCH 01 Crypt East-2021-01-06_15h19min00s000ms | ✓ | ✓ | | |
| 208 | 0178 I USCH 01 Crypt East-2021-01-06_15h25min00s000ms | ✓ | ✓ | | |
| 209 | 0179 I USCH 01 Memorial Door Interior-2021-01-06_15h33min00s000ms | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 210 | 0180 E USCH 01 Memorial Door Exterior-2021-01-06_15h34min00s000ms | ✓ | ✓ | M. [sig] | |
| 211 | 0402 I USCH 01 Crypt North-2021-01-06_14h35min00s000ms | ✓ | ✓ | | |
| 212 | 0402 I USCH 01 Crypt North-2021-01-06_14h47min00s000ms | ✓ | ✓ | | |
| 213 | 0402 I USCH 01 Crypt North-2021-01-06_15h02min00s000ms | ✓ | ✓ | | |
| 214 | 0402 I USCH 01 Crypt North-2021-01-06_15h17min00s000ms | ✓ | ✓ | | |
| 215 | 0403 I USCH 01 Crypt South-2021-01-06_14h35min00s000ms | ✓ | ✓ | | |
| 216 | 0403 I USCH 01 Crypt South-2021-01-06_14h47min00s000ms | ✓ | ✓ | | |
| 217 | 0403 I USCH 01 Crypt South-2021-01-06_15h08min00s000ms | ✓ | ✓ | | |
| 218 | 0403 I USCH 01 Crypt South-2021-01-06_15h26min00s000ms | ✓ | ✓ | | |
| 219 | 0403 I USCH 01 Crypt South-2021-01-06_15h32min00s000ms | ✓ | ✓ | | |
| 220 | 7164 I CVC UL Upper Orient Lobby South-2021-01-06_14h42min00s000ms | ✓ | ✓ | ( | |
| 221 | 7167 I CVC UL Orientation Lobby to Crypt-2021-01-06_14h29min00s000ms | ✓ | ✓ | | |
| 222 | 7167 I CVC UL Orientation Lobby to Crypt-2021-01-06_14h39min00s000ms | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 223 | 7206 I CVC UL Central Hall East F-2021-01-06_14h05min00s000ms | ✓ | ✓ | M Hoss | |
| 224 | 7206 I CVC UL Central Hall East F-2021-01-06_14h33min00s000ms | ✓ | ✓ | | |
| 225 | 7206 I CVC UL Central Hall East F-2021-01-06_14h45min00s000ms | ✓ | ✓ | | |
| 226 | 0924 E USCG 00 ST22 Exterior-2021-01-06_14h18min00s000ms | ✓ | ✓ | | |
| 227 | 0925 E USCG 00 Upper Terrace West-2021-01-06_14h19min00s000ms | ✓ | ✓ | | |
| 228 | 0944 E USCS RF West Roof-2021-01-06_13h30min00s000ms | ✓ | ✓ | | |
| 229 | Video of Vice President Pence Evacuation | ✓ | ✓ | | |
| | RESERVED | | | | |
| Category: 300 | Body Worn Camera Video and Radio | | | | |
| 301 | Officer Akhtar20210106-First_Amendment_Assembly-unit_Capital_Pl_Se.mp4- | | | | |
| 302 | Officer Beaver 20210106 -_US_CAPITOL_GROUNDS - _ASSEMBLY - | ✓ | ✓ | | |
| 303 | Officer Cropper_Axon_Body_3_Video_2021-01-06_1319.mp4- | ✓ | ✓ | | |
| 304 | Officer Natticchione20210106-RIOTOUS_ACTS-US_CAPITOL_COMPLEX.mp4- | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 305 | Officer Rutherford_20210106-DEMO-CAPITOL_GROUNDS.mp4 | | | | |
| 306 | - Officer Spicer_20210106-RIOTOUS_ACTS-US_CAPITOL_COMPLEX.mp4 | ✓ | | | |
| 307 | Officer Abdulkadir AA_20210106-_Felony_Riot_-_US_Capitol.mp4 | ✓ | ✓ | | |
| 308 | Officer Gbatu - AG_-_20210106_-_FIRST_AMENDMENT_ASSEMBLY-WASHINGTON_DC.mp4 | | | | |
| 309 | Officer Koyejo_20210106_-_PK_-_US_Capitol.mp4 | ✓ | ✓ | | |
| 310 | WDC TANGO RECORD - 2021-01-06 - 14h-14m-42s - (0h-0m-2s).wav | ✓ | ✓ | | |
| 311 | WDC TANGO RECORD - 2021-01-06 - 14h-20m-38s - (0h-0m-7s).wav | ✓ | ✓ | | |
| 312 | WDC TANGO RECORD - 2021-01-06 - 14h-21m-49s - (0h-0m-18s)_redacted.wav | ✓ | ✓ | | |
| | RESERVED | | | | |
| Category: 400 | Open-Source and Personal Video Recordings | | | | |
| 401 | 3518574112313781469 | | | | |
| 402 | -5189814951496755748 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 403 | 63996183099140531844 | | | | |
| 404 | 746219111425491321 | | | | |
| 405 | Capitol Riots Raw Footage _ Journalistic Purposes Only – Clip | ✓ | ✓ | | |
| 406 | Donald Trump Protest Washington DC Highlights! – Clip | ✓ | ✓ | | |
| 407 | E3tRkmtSRPB3uuHtF | | | | |
| 408 | Emergency Washington DC Broadcast Firsthand Account Of Capitol Hill Siege - Clip | ✓ | ✓ | | |
| 409 | EMOLLI_MVI_2382-003 | ✓ | ✓ | | |
| 410 | EMOLLI_MVI_2408 | ✓ | ✓ | | |
| 411 | eRSC7XsTmFmNpwADg - clip | ✓ | ✓ | | |
| 412 | Extended Footage Charts Rioters Breaking Into Capitol And Battling Police – Clip | ✓ | ✓ | | |
| 413 | HFJms3f3ek9jRH9ay Free Download, Borrow, and Streaming Internet Archive – Clip | ✓ | ✓ | | |
| 414 | HOLD THE LINE  THE STORM ARRIVED PT. 2 - Clip | ✓ | ✓ | | |
| 415 | https%3A%2F%2Fia804609.us.archive.org%2F5%2Fitems%2Fmznhkoido TR2iusM8%2Fmznhkoido TR2iusM8.mpeg4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 416 | https%3A%2F%2Fweb.archive.org%2Fweb%2F20210110204551%2Fhttps%3A%2F%2Fvideo.parler.com%2F3F%2FXN%2F3FXNEGVR6mTr.mp4 | | | | |
| 417 | https%3A%2F%2Fweb.archive.org%2Fweb%2F20210111020928%2Fhttps%3A%2F%2Fvideo.parler.com%2FAY%2FFij%2FAYijYnzl0Gbr.mp4 | ✓ | | | |
| 418 | https%3A%2F%2Fweb.archive.org%2Fweb%2F20210111021051%2Fhttps%3A%2F%2Fvideo.parler.com%2FU4%2Fcg%2FU4cg0Dfgtz12.mp4 | ✓ | | | |
| 419 | httpsBaked_Alaska_inside_the_U - Clip 1 | | | | |
| 420 | httpsBaked_Alaska_inside_the_U - Clip 2 | ✓ | ✓ | | |
| 421 | IMG_5118 | ✓ | ✓ | | |
| 422 | IMG_7097.h264 | ✓ | ✓ | | |
| 423 | January 6 DC RAW Video_1.1080p - Clip | | | | |
| 424 | January 6 Election Protests-Clip | ✓ | ✓ | | |
| 424A | January 6 Election Protests-Clip (marked) | ✓ | ✓ | | |
| 425 | KM8g2kfAvCNaez5fT Free Download, Borrow, and Streaming Internet Archive | | | | |
| 426 | Louix | | | | |
| 427 | March for Trump Rally turns into US Capital Takeover!!! | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 428 | NTtavXSvHh5ZqyPmj Free Download, Borrow, and Streaming Internet Archive | | | | |
| 429 | Protestors Exit The US Capitol Building As Law Enforcement Pushes Through - Clip | ✓ | ✓ | | |
| 430 | Protestors in the Capitol - Clip | ✓ | ✓ | | |
| 431 | Screen Recording (12-21-2022 1-55-35 PM).wmv | | | | |
| 432 | TinyTake by MangoApps-20-12-2022-03-36-00.mp4 | | | | |
| 433 | Trump Supporters Hold 'Stop the Steal' Rally in DC, Counter-Protest Expected - Clip | | | | |
| 434 | WXPJtHzgtJZgY9YzT - Clip | ✓ | ✓ | | |
| 435 | xeWnS2CnQzXDMaa6n – Clip | | | | |
| 436 | youtube_0zyjCvDN4Ig – Clip 1 | ✓ | ✓ | | |
| 437 | youtube_0zyjCvDN4Ig – Clip 2 | ✓ | ✓ | | |
| | RESERVED | | | | |
| Category: 500 | Photos | | | | |
| 501 | 0176-WF-3366759-NEELY_0000004_1A0007654_0000001 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 502 | 0176-WF-3366759-NEELY_0000004_1A0007654_0000002 | ✓ | ✓ | | |
| 503 | 0176-WF-3366759-NEELY_0000004_1A0007654_0000004 | | | | |
| 504 | 0176-WF-3366759-NEELY_0000004_1A0007654_0000005 | | | | |
| 505 | 0176-WF-3366759-NEELY_0000004_1A0007654_0000006 | | | | |
| 506 | 0176-WF-3366759-NEELY_0000004_1A0007654_0000007 | | | | |
| 507 | 0176-WF-3366759-NEELY_0000004_1A0007655_0000001 | | | | |
| 508 | 0176-WF-3366759-NEELY_0000004_1A0007655_0000002 | | | | |
| 509 | 0176-WF-3366759-NEELY_0000004_1A0007655_0000004 | | | | |
| 510 | 0176-WF-3366759-NEELY_0000004_1A0007655_0000005 | | | | |
| 511 | 0176-WF-3366759-NEELY_0000004_1A0007655_0000006 | | | | |
| 512 | 0176-WF-3366759-NEELY_0000005_1A0000005_0000001 | ✓ | ✓ | | |
| 513 | 0176-WF-3366759-NEELY_0000010_1A0000005_0000001 | ✓ | | | |
| 514 | Billboard 1 (formerly GJ Ex. 2) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 515 | Billboard 2 (formerly GJ Ex. 3) | ✓ | ✓ | | |
| 516 | Hat 1 (formerly GJ Ex. 4) | ✓ | ✓ | | |
| 517 | Hat 2 (formerly GJ Ex. 5) | ✓ | ✓ | | |
| 518 | Smoking (formerly GJ Ex. 7) | ✓ | ✓ | | |
| 519 | Text from Lori Screenshot_20220907-165241 | | | | |
| 519A | Zoomed Photo in Test from Lori Screenshot_20220907-165241 | ✓ | ✓ | | |
| | RESERVED | | | | |
| Category: 600 | Social Media Accounts | | | | |
| 601 | 0176-WF-3366759-NEELY_0000017_1A0000011_0000001 | | | | |
| 602 | 1406 Live checkin full post 20210106 232011 UTC | ✓ | ✓ | | |
| 603 | 1761 business record- video post 20210109 000107 UTC | ✓ | ✓ | | |
| 604 | 4460 conversation between Darrell Neely and Ed Brodrick 20210114 230450 UTC | ✓ | ✓ | | |
| 605 | 20749394110148| screen shot- Neely wearing CP hat | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 606 | shares_20749394110148I | ✓ | ✓ | | |
| 607 | Twitter1 | | | | |
| 608 | Twitter2 | | | | |
| 609 | 37122442451O354_affidavit | ✓ | ✓ | | |
| 610 | Facebook Court | ✓ | ✓ | | |
| Category: 700 | Documents | | | | |
| 701 | FBI Advice of Rights Form | | | | |
| 702 | HOS Notification - Vice President Pence 01.06.21 (REDACTED) | ✓ | ✓ | | |
| 703 | Certificate of Non-Existence of a Record.RadioTVGallery.Neely (003) | | | | |
| 704 | Safeway Business Records Certification | ✓ | ✓ | | |
| 705 | Email DC closure | ✓ | ✓ | | |
| 706 | Mid-Atlantic Daily Sales Report 01.05.21 thru 01.07.21 redacted | ✓ | ✓ | | |
| 707 | PA shipment (002) | | | | |
| 708 | D.C. Mayor's Order 2021-002 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 709 | DC-1 - DC Register | ✓ | ✓ | | |
| 710 | DC-2 - Curfew Tweet | | | | |
| | RESERVED | | | | |
| Category: 801 | Defendant Recorded Statements | | | | |
| 801 | Attachment 1 | | | | |
| 802 | Attachment 2 | ✓ | ✓ | | |
| 803 | Attachment 3 | ✓ | ✓ | | |
| 804 | Attachment 5 | | | | |
| 805 | Attachment 6 | | | | |
| 806 | Attachment 7 | | | | |
| 807 | Interview DARRELL NEELY | ✓ | ✓ | | |
| 808 | 0176-WF-3366759-NEELY_0000004_1A0007654_0000003 | | | | |
| 809 | videos_2056008912907086 | ✓ | ✓ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 810 | videos_205761307941411 | ✓ | ✓ | | |
| | RESERVED | | | | |
| Category: 900 | Stipulations | | | | |
| 901 | Stipulations of the Parties | ✓ | ✓ | | |
| 902 | Trial Testimony of Elizabeth Glavey in *United States v. Larry Rendall Brock*, No. 21-cr-140-JDB (D.D.C November 14, 2022) | ✓ | ✓ | | |
| Category 1000 | Physical Evidence | | | | |
| 1001 | USCP Patch | ✓ | ✓ | | |
| 1002 | Gray knit cap with a square white and black "Black Flair" logo | ✓ | ✓ | | |
| | RESERVED | | | | |