Case 1:21-cr-00642-JDB   Document 124 *SEALED*   Filed 10/02/24   Page 8 of 9

AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

FID 117001

**RECEIVED**
By USMS District of Columbia District Court at 2:23 pm, Oct 09, 2024

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 0090 1:21CR00642-001 |
| Darrell Neely | ) |
| | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Darrell Neely _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date: 10/9/2024

_Erica Duncan_
*Issuing Officer's Signature*

City and State: Washington, DC

Erica Duncan, Deputy Clerk
*Printed Name and Title*

### Return

This warrant was received on *(date)* 10/09/2024, and the person was arrested on *(date)* 11/06/2024
at *(city and state)* Garners Bend, NC

Date: 06 NOV 2024

_signature_
*Arresting Officer's Signature*

Justin Sielken DUSM
*Printed Name and Title*