UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-642 (JDB) |
| | ) | |
| DARRELL NEELY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 13, 2024 order directing the parties to file a joint status report no later than January 17, 2025, the parties jointly submit the following status report:

On December 13, 2024, following a probation petition alleging technical violations of conditions of Mr. Neely's supervised release, the Court released Mr. Neely on his personal recognizance, and ordered him to report to the Probation Officer supervising him on his conviction in Superior Court, and then to return to North Carolina and report to his federal Probation Officer. Minute Entry 12/13/24. The Court set a virtual status hearing for January 21, 2025.

Mr. Neely was not released from custody after the December 13, 2024 hearing due to a sealed bench warrant issued by a Superior Court

judge. On December 18, 2024, Mr. Neely appeared in Superior Court where he was found in violation of the conditions of his supervision and sentenced to 60 days' imprisonment. That term will expire on February 3, 2025, after which Mr. Neely will return to North Carolina and report to his federal Probation Officer as directed to by this Court.

Respectfully submitted,

| | |
|---|---|
| A. J. KRAMER | MATTHEW M. GRAVES |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Sandra Roland* | */s/ Kyle Mirabelli* |
| SANDRA ROLAND | KYLE MIRABELLI |
| Asst. Federal Public Defender | Asst. United States Attorney |
| 625 Indiana Avenue, N.W., Suite 550 | 601 D Street, N.W. |
| Washington, D.C. 20004 | Washington, D.C. 20004 |
| (202) 208-7500 | kyle.mirabelli@usdoj.gov |
| sandra_roland@fd.org | |